UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE VICK,

    Plaintiff

-vs-                                   Case No. 04-74673
                                        Hon. Avern Cohn
                                        **JURY TRIAL DEMANDED**

EQUIFAX INFORMATION SERVICES,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC,
CHASE MANHATTAN BANK, USA N.A.,

    Defendants

## Stipulated Protective Order Covering Plaintiff's Consumer Reports

The Court enters this protective order governing production of Plaintiff's private financial data and consumer reports (which are protected under 15 U.S.C. § 1681b from disclosure). This Order provides the parties with a permissible purpose under 15 U.S.C. § 1681b(a)(1) to obtain such reports under subpoena.

**1.    Production of Consumer Reports.**

Having entered this Order, Plaintiff shall provide copies of all consumer reports within her possession, marked as "Confidential." Any copies of Plaintiff's consumer report received by any defendant to this matter shall be stamped as "Confidential" and will be subject to the restrictions in this protective order. Any Defendant may request or subpoena copies of Plaintiff's consumer reports from third parties without prejudice to Plaintiff's right to move to quash those requests or subpoenas.

*By this Order, the Court Grants each of the parties stipulating to this Order with a*

*Permissible Purpose under 15 U.S.C. § 1681b(a)(1).  Any subpoena issued for any copies of Plaintiff's consumer report shall include a copy of this order.  Any party receiving such a subpoena shall provide Plaintiff's consumer reports as requested in that subpoena.*

**2.**     **Protection of Consumer Reports.**

Any consumer report relating to Plaintiff (including those obtained from third parties) or information contained therein shall be protected as confidential under the terms of this Order until such time as 1) the documents are submitted to the Court in connection with a dispositive motion, or 2) the documents are submitted at trial of this matter.

If information any information which is protected as confidential is submitted in connection with a dispositive motion or at trial pursuant to this Order, the information ceases to be protected as confidential, but any party may move to seal the Court's record and proceedings under the applicable law.

Any information which is protected as confidential may not be used outside this case and may only be used in this litigation.  Information protected as confidential may only be disclosed to

    a.     Other attorneys appearing in this case.

    b.     Staff, office personnel, consulting attorneys, experts, and consulting experts. associated with the attorneys appearing in this case.

    c.     Witnesses.

    d.     Deponents.

All consumer reports obtained in discovery shall be returned to Plaintiff within 30 days of the conclusion of this case excepting those which are made a part of the public record on dispositive motions or at trial.

**3.**     **Use of Confidential Materials in Non-Dispositive Motions or Filings**

Any motion or other filing containing Plaintiff's consumer reports relating to a non-dispositive motion must be filed under seal with the clerk of the court.

**4.      Order Binding on Signatories**

The parties signing this order are bound to its terms.  Those parties to the case who have not signed may not receive copies of confidential information pursuant to this order.  Nor shall copies of such copies be provided to them by any other party until further order of this Court.

In the event that less than all of the parties stipulate to entry of this Order, Plaintiff shall within 14 days of entry of this order,  file a motion seeking the court's approval of this Order as binding upon all parties.


**SO ORDERED**


Dated:  August 23, 2005                             s/ Avern Cohn
                                                                        Hon.  Avern Cohn
                                                                        United States District Court Judge



Stipulated To By:


s/ Ian B. Lyngklip P47173                        s/ by consent  John Kullen (P-36800)
Attorney For Janice Vick                         Bonnie Beutler P-65707
24500 Northwestern Highway, Ste. 206             Kullen & Kassab
Southfield, MI 48075                             Attorney for Chase Manhattan Bank, USA
(248) 746-3790                                   N.A.
IanLaw@Pop.Net                                   7125 Orchard Lake Rd., Ste. 301
                                                 West Bloomfield, MI 48322
                                                 PH: (248) 538-2200 FAX (248) 538-2201